**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAQUISHA D. HICKEY and**
**KAILA M. HICKEY** **PLAINTIFFS**

**v.** **No. 4:26-cv-737-DPM**

**DOE** **DEFENDANT**

**ORDER**

**1.** Laquisha Hickey's application to proceed *in forma pauperis*, *Doc. 1*, is granted. She reports neither income nor savings.

**2.** The Court must screen her complaint. 28 U.S.C. § 1915(e)(2). Hickey submitted a complaint for review of social security disability and named her daughter Kaila as the defendant. *Doc. 2 at 1*. Hickey is not, however, making a social security claim or suing her daughter. She seems to be suing the Little Rock School District under the Individuals with Disabilities Education Act on Kaila's behalf. But the specifics aren't clear.

To evaluate Hickey's case, the Court needs more information. Hickey must identify who she is suing, why she is suing them, and what relief she is seeking. Hickey says Kaila has a heart problem and needs help with her schoolwork. *Doc. 2 at 3*. Is Hickey challenging, for example, her daughter's Individualized Education Plan at the Little Rock School District?

**3.** Hickey must file an amended complaint with more details.

She must do so by 21 September 2026. If she doesn't, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 August 2026