**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAQUISHA D. HICKEY, for herself and on behalf of her minor daughter KAILA M. HICKEY** **PLAINTIFF**

**v.** **No. 4:26-cv-737-DPM**

**DOE** **DEFENDANT**

**ORDER**

The Court directs the Clerk to update the parties on the docket as shown above. Laquisha Hickey hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026