**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAQUISHA D. HICKEY, for herself and on behalf of her minor daughter KAILA M. HICKEY** — **PLAINTIFF**

**v.** — **No. 4:26-cv-737-DPM**

**DOE** — **DEFENDANT**

# JUDGMENT

Hickey's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

1 October 2026